Carl P. Sorby, defendant in error, v. Kristian Baun, for use of Dansk Tidende, garnishee, plaintiff in error. Gen. No. 29,132.

Garnishment process on judgment against defendant. Judgment against garnishee. Error to the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed February 11, 1925.

C. W. Larsen, for plaintiff in error; F. J. Karasek, of counsel. Sumner C. Palmer and Waldemar A. Bauer, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

George W. Swigart and Charles J. Canfield, appellants, v. S. Klein, appellee. Gen. No. 29,159.

Action by assignee to recover amount due on contract to manage and care for property. Demurrer to complaint sustained. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed February 11, 1925.

Samuel J. Nordorf, for appellants. Sonnenschein, Berkson, Lautmann & Levinson, for appellee; Avern B. Scolnik, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

L. Samuels and I. Edelson, defendants in error, v. A. O. Ritzler et al., plaintiffs in error. Gen. No. 28,702.

Action on claim for printing. Judgment for plaintiffs. Error to the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and judgment here. Opinion filed February 11, 1925.

William R. Jordan and George S. Marks, for plaintiffs in error. No appearance for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Denis J. Leahy, appellee, v. Finch Truitt Company, Inc., appellant. Gen. No. 29,011.

Action to recover salary as salesman. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed February 11, 1925.

Pennish & Rashbaum, for appellant; F. D. Shobe, of counsel. Musgrave, Oppenheim, McKeever & Lippincott, for appellee.

Mr. Justice Thomson delivered the opinion of the court.